THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Darrell
 Williams, Appellant.
 
 
 

Appeal From Richland County
 William P. Keesley, Circuit Court Judge
Unpublished Opinion No. 2009-UP-241
Submitted May 1, 2009  Filed May 28, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Solicitor
 Warren Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Darrell
 Williams appeals his guilty plea and sentence for shoplifting third offense and
 resisting arrest, arguing the plea court abused its discretion by failing to
 take into consideration Williams's medical condition during sentencing.  After a thorough review of the record and counsel's
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.